# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

DERRICK ROSS, Plaintiff

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C08-00854 MEJ

V.

INDEPENDENT LIVING RESOURCE OF
CONTRA COSTA COUNTY, a California
Corporation, Defendant

TO: (Name and address of defendant)

INDEPENDENT LIVING RESOURCE OF CONTRA COSTA COUNTY
3200 Clayton Road
Concord, California 94519

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harvey Sohnen (SBN 62850)   Patricia M. Kelly (SBN 99837)
LAW OFFICES OF SOHNEN & KELLY
2 Theatre Square, Suite 230
Orinda, California 94563-3346
Telephone: (925) 258-9300

an answer to the *First Amended* complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the *First Amended* complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  3-3-08

(BY) DEPUTY CLERK
GLORIA ACEVEDO

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE March 5, 2008 |
| Name of SERVER Ben Hidalgo, California Registered Process Server, Contra Costa County #303 | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

Gil Cervantez, Executive Director
Independent Living Resource of Contra Costa County
3200 Clayton Road, Concord, CA

☒ I served the Party by substituted service on March 5, 2008 at 3:40 p.m.. I left the Summons & First Amended Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; USDC ECF Registration Informaton Handout; Notice of Assignment of Case to US Magistrate Judge for Trial; Order Setting Case Management Conference, with Rudy Jaime, Office Aministrator, a person at least 18 years of age apparently in charge at the office or usual place of business of the party served.

☐ Returned unexecuted:

☒ Other (specify): I thereafter mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the documents on March 5, 2008 from Concord, CA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $45.00 |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 5, 2008
                    Date

Signature of Server
1450 Maria Lane, Suite 400
Walnut Creek, CA. 94596  (925) 947-7745
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure