1  JOHN S. BLACKMAN (SB#114654)
   FARBSTEIN & BLACKMAN
2  A Professional Corporation
   411 Borel Avenue, Suite 425
3  San Mateo, California  94402-3518

4  Telephone: (650) 554-6200
   Facsimile: (650) 554-6240
5
   Attorneys for Defendant
6  INDEPENDENT LIVING RESOURCE OF CONTRA COSTA COUNTY, INC.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 DERRICK ROSS,                    )  CASE NO. C-08-00854-MEJ
                                    )
12         Plaintiff,                )  DECLINATION TO PROCEED
                                    )  BEFORE A MAGISTRATE JUDGE
13 vs.                              )  AND REQUEST FOR
                                    )  REASSIGNMENT TO A UNITED
14 INDEPENDENT LIVING RESOURCE      )  STATES DISTRICT JUDGE
   OF CONTRA COSTA COUNTY, a        )
15 California Corporation,          )
                                    )  Complaint Filed: February 8, 2008
16         Defendant.                )  Trial Date: None Set
   _____  )
17

18 <u>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE</u>

19    The undersigned party hereby declines to consent to the assignment of this case to a

20 United States Magistrate Judge for trial and disposition, and hereby requests the

21 reassignment of this case to a United States District Judge.

22

23 April 22, 2008                        FARBSTEIN & BLACKMAN, APC

24

25                                       _____
                                         JOHN S. BLACKMAN
26                                       Attorneys for Defendant
                                         INDEPENDENT LIVING RESOURCE
27                                       OF CONTRA COSTA COUNTY

28                            1
                                         DECLINATION TO PROCEED BEFORE A
                                         MAGISTRATE JUDGE AND REQUEST FOR
                                         REASSIGNMENT TO A UNITED STATES
                                         DISTRICT JUDGE

<u>PROOF OF SERVICE</u>
<u>Ross v. Independent Living Resource of Contra Costa County, et al.</u>
United States District Court, Northern District of California, San Francisco
Case No. C08-00854-MEJ

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. On April 22, 2008, I served the following document(s):

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

on the following person(s) by the method(s) indicated below:

| Harvey Sohnen, Esq.<br>Patricia M. Kelly, Esq.<br>Law Offices of Sohnen & Kelly<br>2 Theatre Square, Suite 230<br>Orinda, CA 94563-3346 | Attorneys for plaintiff Derrick Ross<br>Tel: (925) 258-9300<br>Fax: 1-925-258-9315<br>email: hs@fairpaycal.com |
|---|---|

[ ]   by transmitting via facsimile on this date from fax number (650) 554-6240 the document(s) listed above to the fax number(s) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report is attached to this proof of service. Service by fax was made by agreement of the parties confirmed in writing.

[X]   by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

[ ]   by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth herein. Signed proof of service by the process server or delivery service is attached to this proof of service.

[X]   by transmitting the document(s) listed above via the Court's ECF system to the persons at the email address(es) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed at San Mateo, California, on April 22, 2008.

_____
SUZANNE T. FARBSTEIN

2

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE