**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERRICK ROSS,<br><br>            Plaintiff (s)<br>    v.<br><br>INDEPENDANT LIVING RESOURCE OF CONTRA COSTA COUNTY,<br><br><br>            Defendant (s) | CASE NO. C-08-0854 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__ (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____ (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

    All previous hearing dates are hereby **VACATED.**

Dated: April 23, 2008

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28