JOHN S. BLACKMAN (SB#114654)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518

Telephone: (650) 554-6200
Facsimile: (650) 554-6240

Attorneys for Defendant
INDEPENDENT LIVING RESOURCE OF CONTRA COSTA COUNTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ROSS,<br><br>Plaintiff,<br><br>vs.<br><br>INDEPENDENT LIVING RESOURCE OF CONTRA COSTA COUNTY, a California Corporation,<br><br>Defendant. | CASE NO. C-08-00854-TEH<br><br>JOINT APPLICATION AND STIPULATION RE: RESCHEDULING INITIAL CASE MANAGEMENT AND ADR DEADLINES AND CASE MANAGEMENT CONFERENCE; [PROPOSED ORDER]<br><br>Complaint Filed: February 8, 2008<br>Trial Date: None Set |

STIPULATION

WHEREAS,

1. This case was reassigned to the Hon. Thelton E. Henderson on April 24, 2008 [Document 9].

2. Prior to the reassignment, and pursuant to the court's Order Setting Initial Case Management Deadlines and ADR Deadlines, filed on February 8, 2008 [Document 2], the following deadlines and hearing dates were set:

1

JOINT APPLICATION AND STIPULATION RE RESCHEDULING INITIAL CASE MANAGEMENT AND ADR DEADLINES AND CASE MANAGEMENT CONFERENCE; [PROPOSED ORDER]

– 4/24/2008 Last day to confer re disclosures, ADR, etc. and last day to file Joint ADR Certification, etc.

– 5/8/2008 Last day to file Rule 26(f) Report and Case Management Statement

3. Following the court's reassigned to Judge Henderson, and pursuant to the Clerk's Notice re Initial Case Management Conference, filed on April 30, 2008 [Doc 10], the following deadlines and hearing dates were set:

– 5/23/08 Last day to file Case Management Conference Statement

– 6/02/08 Initial Case Management Conference

4. All parties herein have agreed, through their respective attorneys of record, that they would like to re-set the above-referenced deadlines and initial CMC hearing date to a later date in order to give the parties more time to investigate the case and to meet and confer prior to the Case Management Conference, and to work around previously scheduled vacation time out of the area.

THEREFORE, all parties hereby stipulate, and jointly request, by and through their respective attorneys of record, that the court re-set the deadlines and hearing dates listed in paragraphs 2 and 3 above as follows:

| | |
|---|---|
| New last day to confer re disclosures and ADR and discovery plan, and file ADR Certification with Stip to ADR: | June 16, 2008 |
| New last day to file Rule 26(f) Report, Case Management Statement, etc. | June 30, 2008 |
| New date for Initial Case Management Conference | July 7, 2008 at 1:30 p.m. |

The above is SO STIPULATED.

DATED: May 13, 2008

LAW OFFICES OF SOHNEN & KELLY

//S//

HARVEY SOHNEN
Attorneys for Plaintiff
DERRICK ROSS

DATED: May 13, 2008

FARBSTEIN & BLACKMAN, APC

//S//

JOHN S. BLACKMAN[1]
Attorneys for Defendant
INDEPENDENT LIVING RESOURCE OF CONTRA COSTA COUNTY, INC.

---

[1]As the e-filer, I attest that each of the signatories hereto has concurred in the filing of this document.

3

JOINT APPLICATION AND STIPULATION RE RESCHEDULING INITIAL CASE MANAGEMENT AND ADR DEADLINES AND CASE MANAGEMENT CONFERENCE; [PROPOSED ORDER]

ORDER

Good cause appearing therefor, the court orders changes to the scheduling in this case as follows:

New last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan — June 16, 2008

[or: ______________________________]

New last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report per Standing Order — June 30, 2008

[or: ______________________________]

New date for Initial Case Management Conference, in Courtroom 12, 19th Floor at 1:30 p.m. — July 7, 2008 at 1:30 p.m.

[or: _____________________________]

IT IS SO ORDERED.

DATED:

___________________________________
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

4

JOINT APPLICATION AND STIPULATION RE RESCHEDULING INITIAL CASE MANAGEMENT AND ADR DEADLINES AND CASE MANAGEMENT CONFERENCE; [PROPOSED ORDER]