1  JOHN S. BLACKMAN (SB#114654)
   FARBSTEIN & BLACKMAN
2  A Professional Corporation
   411 Borel Avenue, Suite 425
3  San Mateo, California 94402-3518

4  Telephone: (650) 554-6200
   Facsimile: (650) 554-6240
5
   Attorneys for Defendant
6  INDEPENDENT LIVING RESOURCE OF CONTRA COSTA COUNTY, INC.

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 DERRICK ROSS,                    )   CASE NO. C-08-00854-TEH
                                    )
12        Plaintiff,                )   JOINT APPLICATION AND
                                    )   STIPULATION RE: RESCHEDULING
13 vs.                              )   INITIAL CASE MANAGEMENT AND
                                    )   ADR DEADLINES AND CASE
14 INDEPENDENT LIVING RESOURCE      )   MANAGEMENT CONFERENCE;
   OF CONTRA COSTA COUNTY, a        )   [PROPOSED ORDER]
15 California Corporation,          )
                                    )   Complaint Filed: February 8, 2008
16        Defendant.                )   Trial Date: None Set
   _____)

17

18

19                              STIPULATION

20     WHEREAS,

21     1. This case was reassigned to the Hon. Thelton E. Henderson on April 24, 2008

22 [Document 9].

23

24     2. Prior to the reassignment, and pursuant to the court's Order Setting Initial Case

25 Management Deadlines and ADR Deadlines, filed on February 8, 2008 [Document 2], the

26 following deadlines and hearing dates were set:

27
                                          1  _____
28                                           JOINT APPLICATION AND STIPULATION RE
                                             RESCHEDULING INITIAL CASE
                                             MANAGEMENT AND ADR DEADLINES AND
                                             CASE MANAGEMENT CONFERENCE;
                                             [PROPOSED ORDER]

1     – 4/24/2008    Last day to confer re disclosures, ADR, etc. and last day to file Joint ADR Certification, etc.

2     – 5/8/2008    Last day to file Rule 26(f) Report and Case Management Statement

3. Following the court's reassigned to Judge Henderson, and pursuant to the Clerk's Notice re Initial Case Management Conference, filed on April 30, 2008 [Doc 10], the following deadlines and hearing dates were set:

    – 5/23/08    Last day to file Case Management Conference Statement
    – 6/02/08    Initial Case Management Conference

4. All parties herein have agreed, through their respective attorneys of record, that they would like to re-set the above-referenced deadlines and initial CMC hearing date to a later date in order to give the parties more time to investigate the case and to meet and confer prior to the Case Management Conference, and to work around previously scheduled vacation time out of the area.

THEREFORE, all parties hereby stipulate, and jointly request, by and through their respective attorneys of record, that the court re-set the deadlines and hearing dates listed in paragraphs 2 and 3 above as follows:

| | |
|---|---|
| New last day to confer re disclosures and ADR and discovery plan, and file ADR Certification with Stip to ADR: | June 16, 2008 |
| New last day to file Rule 26(f) Report, Case Management Statement, etc. | June 30, 2008 |
| New date for Initial Case Management Conference | July 7, 2008 at 1:30 p.m. |

2    _____
JOINT APPLICATION AND STIPULATION RE RESCHEDULING INITIAL CASE MANAGEMENT AND ADR DEADLINES AND CASE MANAGEMENT CONFERENCE; [PROPOSED ORDER]

1 | The above is SO STIPULATED.

2

3 | DATED: May 13, 2008                    LAW OFFICES OF SOHNEN & KELLY

4

5 |                                         //S//
                                          _____
                                          HARVEY SOHNEN
6 |                                       Attorneys for Plaintiff
                                          DERRICK ROSS

7

8

9 | DATED: May 13, 2008                    FARBSTEIN & BLACKMAN, APC

10

11 |                                        //S//
                                          _____
                                          JOHN S. BLACKMAN[1]
12 |                                       Attorneys for Defendant
                                          INDEPENDENT LIVING RESOURCE OF
13 |                                       CONTRA COSTA COUNTY, INC.

---

[1] As the e-filer, I attest that each of the signatories hereto has concurred in the filing of this document.

JOINT APPLICATION AND STIPULATION RE RESCHEDULING INITIAL CASE MANAGEMENT AND ADR DEADLINES AND CASE MANAGEMENT CONFERENCE; [PROPOSED ORDER]

<u>ORDER</u>

Good cause appearing therefor, the court orders changes to the scheduling in this case as follows:

| | |
|---|---|
| New last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | June 16, 2008 |
| | [or: _____] |
| New last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report per Standing Order | June 30, 2008 |
| | [or: _____] |
| New date for Initial Case Management Conference, in Courtroom 12, 19th Floor at 1:30 p.m. | July 7, 2008 at 1:30 p.m. |
| | [or: _____] |

IT IS SO ORDERED.

DATED:  05/14/08

_____
[signature: Judge Thelton E. Henderson]
HENDERSON
DISTRICT JUDGE

4  _____
JOINT APPLICATION AND STIPULATION RE RESCHEDULING INITIAL CASE MANAGEMENT AND ADR DEADLINES AND CASE MANAGEMENT CONFERENCE; [PROPOSED ORDER]