1 | JOHN S. BLACKMAN (SB#114654)
FARBSTEIN & BLACKMAN
2 | A Professional Corporation
411 Borel Avenue, Suite 425
3 | San Mateo, California  94402-3518

4 | Telephone: (650) 554-6200
Facsimile: (650) 554-6240

5

Attorneys for Defendant
6 | INDEPENDENT LIVING RESOURCE OF CONTRA COSTA COUNTY, INC.

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 | DERRICK ROSS,                    )   CASE NO. C-08-00854-TEH
                                     )
12 |           Plaintiff,             )
                                     )   ADR CERTIFICATION BY PARTIES
13 | vs.                              )   AND COUNSEL
                                     )
14 | INDEPENDENT LIVING RESOURCE      )
     OF CONTRA COSTA COUNTY, a       )
15 | California Corporation,          )
                                     )   Complaint Filed: February 8, 2008
16 |           Defendant.             )   Trial Date: None Set
                                     )
17 | _____ )

18

19

20

21        Pursuant to Civil L.R. 16-8(b)and ADR L.R. 3-5(b), each of the undersigned

22  certifies that he or she has:

23        1.     Read the handbook entitled "Dispute Resolution Procedures in the Northern

24   District of California" on the Court's Internet site www.adr.cand.uscourts.gov  (limited

25  printed copies are available from the clerk's office for parties in cases subject to the court's

26  Electronic Case Filing program (ECF) under General Order 45);

27        2.     Discussed the available dispute resolution options provided by the Court and

28  private entities; and

1
ADR CERTIFICATION BY PARTIES
AND COUNSEL

1     3.     Considered whether this case might benefit from any of the available dispute resolution options.

June 16, 2008                  INDEPENDENT LIVING RESOURCE
                                                 OF CONTRA COSTA COUNTY

//S// Gil Cervantez
_____
GIL CERVANTEZ
EXECUTIVE DIRECTOR


June 16, 2008                  FARBSTEIN & BLACKMAN, APC

//S// John S. Blackman*
_____
JOHN S. BLACKMAN
Attorneys for Defendant
INDEPENDENT LIVING RESOURCE
OF CONTRA COSTA COUNTY

*I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (//s//) within this e-filed document.

_____
ADR CERTIFICATION BY PARTIES
AND COUNSEL

<u>PROOF OF SERVICE</u>
<u>Ross v. Independent Living Resource of Contra Costa County, et al.</u>
United States District Court, Northern District of California, San Francisco
Case No. C08-00854-MEJ

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. On June 16, 2008, I served the following document(s):

ADR CERTIFICATION BY PARTIES AND COUNSEL

on the following person(s) by the method(s) indicated below:

| | |
|---|---|
| Harvey Sohnen, Esq.<br>Patricia M. Kelly, Esq.<br>Law Offices of Sohnen & Kelly<br>2 Theatre Square, Suite 230<br>Orinda, CA 94563-3346 | Attorneys for plaintiff Derrick Ross<br>Tel: (925) 258-9300<br>Fax: 1-925-258-9315<br>email: hs@fairpaycal.com |

[ ]   by transmitting via facsimile on this date from fax number (650) 554-6240 the document(s) listed above to the fax number(s) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report is attached to this proof of service. Service by fax was made by agreement of the parties confirmed in writing.

[X]   by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

[ ]   by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth herein. A copy of the consignment slip is attached to this proof of service.

[ ]   by transmitting the document(s) listed above via the Court's ECF system to the persons at the email address(es) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed at San Mateo, California, on June 16, 2008.

_____
SUZANNE T. FARBSTEIN

3
ADR CERTIFICATION BY PARTIES AND COUNSEL