# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Ross,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Independent Living Resource of Contra Costa County,<br><br>　　　　　Defendant(s). | 08-00854 TEH MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

　　　　　　**Henry Hewitt**
　　　　　　Erickson Beasley & Hewitt
　　　　　　483 Ninth St.
　　　　　　Oakland, CA 94607
　　　　　　510-839-3448

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00854 TEH MED                          - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: July 3, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-00854 TEH MED                          - 2 -