UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CIVIL MINUTES*

**Judge:  Thelton E. Henderson**

**Date**:  July 7, 2008

**Case No:** C 08-00854 TEH

**Case Title**:  DERRICK ROSS v. INDEPENDENT LIVING RESOURCE OF CONTRA COSTA
COUNTY

**Appearances:**

For Plaintiff(s): Harvey Sohnen

For Defendant(s): John Blackman

**Deputy Clerk**:  Rowena B. Espinosa          **Court Reporter**: not reported

### *PROCEEDINGS*

1.  Initial Case Management Conference - held

MOTION/MATTER: ( ) Granted
( ) Denied
( ) Granted in part/Denied in part
( ) Taken under submission
( ) Withdrawn/Off Calendar
(X) Continued to: **Monday, 10/20/08 at 1:30 PM for Further CMC**

### *SUMMARY*

- The parties shall file a joint CMC statement 7 days prior to the next hearing.