JOHN S. BLACKMAN (SB#114654)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518

Telephone: (650) 554-6200
Facsimile: (650) 554-6240

Attorneys for Defendant
INDEPENDENT LIVING RESOURCE OF CONTRA COSTA COUNTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ROSS,<br><br>    Plaintiff,<br><br>vs.<br><br>INDEPENDENT LIVING RESOURCE OF CONTRA COSTA COUNTY, a California Corporation,<br><br>    Defendant. | CASE NO. C-08-00854-TEH<br><br>JOINT APPLICATION AND STIPULATION RE: RESCHEDULING CASE MANAGEMENT CONFERENCE AND ADR DEADLINE; [~~PROPOSED ORDER~~]<br><br>Complaint Filed: February 8, 2008<br>Trial Date: None Set |

## JOINT STIPULATION AND APPLICATION

WHEREAS,

1. The court held an initial Case Management Conference on July 7, 2008, and set the following hearings/deadlines [Documents 16 and 19]:

Further CMC:   October 20, 2008, at 1:30 p.m.

Last day to complete mediation: October 30, 2008

2. The parties have engaged in some written discovery, but as of the date of this

1
_____
JOINT APPLICATION AND STIPULATION RE RESCHEDULING CASE MANAGEMENT CONFERENCE AND ADR DEADLINE; [PROPOSED ORDER]

1  application have not yet completed that process.

3. Specifically, there is potentially some relevant evidence in the form of e-mails or other documents in electronic form which may exist on old servers and/or back-up drives no longer used by defendant Independent Living Resource of Contra Costa County (ILR). The parties and their attorneys have been cooperating in trying to arrive at the most efficient and economical way to search for this potential evidence. Plaintiff sought such evidence by document demands served on July 10, 2008. ILR has been attempting to locate and produce further evidence, but has found efforts to proceed slower than initially anticipated, because of difficult issues such as how to physically access the evidence, its concerns about privacy rights of third parties, how to maintain the authenticity and admissibility of any evidence that may ultimately be found and retrieved; how to make sure that all possible sources for this evidence have been searched, and so on. Additionally, ILR, a non-profit, represents that it receives the great bulk of its funding from the State of California, that it had to operate in near shut-down mode during the recent California State budget crisis, and that this further slowed the search for electronic evidence.

4. All parties hereto therefore stipulate, through their respective attorneys of record herein, to the extensions of time requested in this joint application, and hereby respectfully ask this court to continue the next case management conference in this case, and to re-set the last day for completion of mediation, as set forth below, or as the court determines.

5. As ordered by the court [see Docs. 16 and 19], the <u>current</u> scheduling of these matters is as follows:

    10/20/08    Second Case Management Conference (1:30 p.m.)
    10/30/08    Currently scheduled last day to complete mediation

2

_____
JOINT APPLICATION AND STIPULATION RE RESCHEDULING CASE MANAGEMENT CONFERENCE AND ADR DEADLINE; [PROPOSED ORDER]

6. In order to save great time and expense for the parties and for the court as well, and in the interests of justice, so that both parties to this suit can adequately make the discover necessary in order to effectively engage in mediation, the parties hereto have agreed and hereby jointly ask the court to re-set the hearing and deadline mentioned above as follows:

12/15/08    New date for Second Case Management Conference (1:30 p.m.)

2/2/09       New date for last day to complete mediation

The above is SO STIPULATED.

DATED: October 8, 2008                                LAW OFFICES OF SOHNEN & KELLY

//S//
_____
HARVEY SOHNEN
Attorneys for Plaintiff
DERRICK ROSS

DATED: October 8, 2008                                FARBSTEIN & BLACKMAN, APC

//S//
_____
JOHN S. BLACKMAN[1]
Attorneys for Defendant
INDEPENDENT LIVING RESOURCE OF
CONTRA COSTA COUNTY, INC.

[Order to follow on next page]

---

[1] As the e-filer, I attest that each of the signatories hereto has concurred in the filing of this document.

3
_____
JOINT APPLICATION AND STIPULATION RE
RESCHEDULING CASE MANAGEMENT
CONFERENCE AND ADR DEADLINE;
[PROPOSED ORDER]

1 ORDER

2   Good cause appearing therefor, the court orders changes to the scheduling in this
3 case as follows:

4 New date for Second
Case Management Conference:                December 15, 2008, at 1:30 p.m.
5
                                           [or: _____]
6

7

8 New last date to complete mediation:       February 2, 2009

9                                            [or: _____]

10

11

12 DATED: __10/9/08_____

13                                          _____
                                            THELTON E. HENDERSON
14                                          UNITED STATES DISTRICT JUDGE

                                            IT IS SO ORDERED
                                            Judge Thelton E. Henderson

28                                4
                                            JOINT APPLICATION AND STIPULATION RE
                                            RESCHEDULING CASE MANAGEMENT
                                            CONFERENCE AND ADR DEADLINE;
                                            [PROPOSED ORDER]