JOHN S. BLACKMAN (SB#114654)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518

Telephone: (650) 554-6200
Facsimile: (650) 554-6240

Attorneys for Defendant
INDEPENDENT LIVING RESOURCE OF CONTRA COSTA COUNTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ROSS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INDEPENDENT LIVING RESOURCE OF CONTRA COSTA COUNTY, a California Corporation,<br><br>　　　　Defendant. | CASE NO. C-08-00854-TEH<br><br>STIPULATION AND APPLICATION RE: RESCHEDULING CASE MANAGEMENT CONFERENCE AND ADR DEADLINE; [PROPOSED ORDER]<br><br>Complaint Filed: February 8, 2008<br>Trial Date: None Set |

## STIPULATION AND APPLICATION

WHEREAS,

1. The court held a second Case Management Conference on January 12, 2009, and set the following hearings/deadlines:

Further CMC:  March 16, 2009, at 1:30 p.m.

Last day to complete mediation: March 6, 2009

1
_____
STIPULATION AND APPLICATION RE
RESCHEDULING CASE MANAGEMENT
CONFERENCE AND ADR DEADLINE;
[PROPOSED ORDER]

2. The parties have engaged in some written discovery, and Plaintiff has conducted the deposition of Eli Gelardin , former acting executive director of the Defendant, but as of the date of this application the parties have not yet completed discovery.

3. The parties had planned on a mediation before March 6, 2009, but Defendant was unable to comply with this deadline because of conflicting schedule commitments. Defendant has requested that the schedule be adjusted so that the matter is mediated during the week of April 13, 2009, the mediation completion deadline is extended to April 17, 2009, and the CMC be rescheduled to April 27, 2009 at 1:30 p.m.

4. The parties further agree that the date of the mediation shall be at a mutually agreeable date during the week of April 13, 2009 with Henry Hewitt, the mediator assigned by this Court. If no such date can be arranged that week with Mr. Hewitt, the parties agree to Charles Farnsworth as mediator, and if no such date can be arranged with Mr. Farnsworth, the parties agree to the Honorable Ellen James, Ret. as mediator. Defendant shall bear any mediation fees of Mr. Farnsworth or Judge James.

5. All parties hereto therefore stipulate, through their respective attorneys of record herein, to the extensions of time requested in this application, and hereby respectfully ask this court to continue the next case management conference in this case, and to re-set the last day for completion of mediation, as set forth below, or as the court determines.

5. As ordered by the court the <u>current</u> scheduling of these matters is as follows:

 3/16/09   Second Case Management Conference (1:30 p.m.)

 3/6/09   Currently scheduled last day to complete mediation

6. In order to save great time and expense for the parties and for the court as well, and in the interests of justice, so that both parties to this suit can make mutually acceptable arrangements for the date of mediation, at the request of Defendant, and with agreement by Plaintiff, the parties ask the court to re-set the hearing and deadline mentioned above as follows:

2    _____
STIPULATION AND APPLICATION RE
RESCHEDULING CASE MANAGEMENT
CONFERENCE AND ADR DEADLINE;
[PROPOSED ORDER]

4/27/09     New date for Third Case Management Conference (1:30 p.m.)

4/17/09     New date for last day to complete mediation

The above is SO STIPULATED.

DATED: March 9, 2009                LAW OFFICES OF SOHNEN & KELLY

//S//
_____
HARVEY SOHNEN
Attorneys for Plaintiff
DERRICK ROSS

DATED: March 9, 2009                FARBSTEIN & BLACKMAN, APC

//S//
_____
JOHN S. BLACKMAN[1]
Attorneys for Defendant
INDEPENDENT LIVING RESOURCE OF
CONTRA COSTA COUNTY, INC.

/ / /

/ / /

/ / /

[Order to follow on next page]

---

[1] As the e-filer, I attest that each of the signatories hereto has concurred in the filing of this document.

3
_____
STIPULATION AND APPLICATION RE
RESCHEDULING CASE MANAGEMENT
CONFERENCE AND ADR DEADLINE;
[PROPOSED ORDER]

ORDER

Good cause appearing therefor, the court orders changes to the scheduling in this case as follows:

New date for Second
Case Management Conference:    ~~April 27, 2009, at 1:30 p.m.~~

[or: May 11, 2009 at 1:30 PM _____]

New last date to complete mediation:    April 17, 2009

[or: _____]

DATED: 03/10/09

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

4
STIPULATION AND APPLICATION RE RESCHEDULING CASE MANAGEMENT CONFERENCE AND ADR DEADLINE; [PROPOSED ORDER]