```
 1  JOHN S. BLACKMAN (SB#114654)
    FARBSTEIN & BLACKMAN
 2  A Professional Corporation
    411 Borel Avenue, Suite 425
 3  San Mateo, California  94402-3518

 4  Telephone: (650) 554-6200
    Facsimile: (650) 554-6240
 5
    Attorneys for Defendant
 6  INDEPENDENT LIVING RESOURCE OF CONTRA COSTA COUNTY, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ROSS,<br><br>  Plaintiff,<br><br>vs.<br><br>INDEPENDENT LIVING RESOURCE OF CONTRA COSTA COUNTY, a California Corporation,<br><br>  Defendant. | CASE NO. C-08-00854-TEH<br><br>DECLARATION OF JOHN S. BLACKMAN AND [PROPOSED] ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE<br><br>Complaint Filed: February 8, 2008<br>Hearing Date: May 11, 2009 1:30 p.m.<br>Trial Date: None Set |

I, JOHN S. BLACKMAN, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

1. I am an attorney at law duly licensed to practice in this court, and am a member of Farbstein & Blackman, A Professional Corporation, attorneys of record for defendant in this action. I have personal knowledge of the facts set forth herein, and if called as a witness could and would testify competently thereto.

2. The next Case Management Conference in this case is currently set for Monday, May 11, 2009, at 1:30 p.m. This CMC was set on or about March 10, 2009, (Document 29).

3. In a separate case, I am attorney of record for Coastal Hotel Group, a property

1

DECLARATION OF JOHN S. BLACKMAN
AND [PROPOSED] ORDER RE:
TELEPHONIC APPEARANCE AT CMC

management company which is a party in a large breach of contract case, which is currently pending before JAMS pursuant to an arbitration clause. The case is entitled *Riverboat Delta King v. Coastal Hotel Group, LLC*, and it bears JAMS Reference No. 1130003934 for mediation, and JAMS Reference No. 1100054651 for arbitration. Retired Judge V. Gene McDonald is the mediator, and Retired Judge Ellen Sickles James is the arbitrator. My clients are located in Seattle, and the opposing parties are located in Sacramento.

4. The Delta King case is set for a weeklong binding arbitration in early July. The parties have been attempting to schedule a follow-up mediation session for many months. The parties have also been working very hard to get a mediation date prior to May 13, because if they have not settled the case by that date, they will be subject to forfeiture of their $40,000 deposit for the arbitration, because of JAMS' 60-day cancellation policy. After much back and forth, and trying to accommodate everyone's schedules, the only possible date to conduct the mediation in the *Delta King* case turned out to be May 11.

5. I am the only attorney in our small office (six attorneys, two of whom are part time, and one of whom does not do litigation) who is familiar enough with the Delta King case, which involves very complex accounting issues and many witnesses, to attend the mediation. I am also the only attorney who has been handling this case, *Ross v. Independent Living Resource*, and I also feel obligated to personally attend the Case Management/Trial Setting Conference in this case as well, instead of sending someone who wouldn't know the file as well as I do. Also, I keep my own general calendar and trial calendar, so it wouldn't be fair to anyone for me to send someone else from my office to the Case Management/Trial Setting Conference on my behalf.

6. If I am allowed to attend the next CMC/Trial Setting Conference by telephone, I can take a break in my mediation and can call in to the court using a landline at the JAMS office. I respectfully request that I be allowed to attend this conference by telephone, because I do not know how long the mediation will last. If I am allowed to participate telephonically, I would have everything with me that I would need in order to fully

2

DECLARATION OF JOHN S. BLACKMAN
AND [PROPOSED] ORDER RE:
TELEPHONIC APPEARANCE AT CMC

1 | participate in a Case Management/Trial Setting Conference.

2 |     7. As a general rule, I much prefer personal appearances to telephonic appearances
3 | in court, but in this instance, I respectfully ask that the court grant my application for leave
4 | to appear at the May 11, 2009 conference telephonically, at 1:30 p.m., or any other time
5 | that the court might designate.

7 | DATED: April 23, 2009

8 |                           JOHN S. BLACKMAN
                            Attorney for Defendant
9 |                    INDEPENDENT LIVING RESOURCE
                         OF CONTRA COSTA COUNTY

12 |                        **PROPOSED ORDER**

14 | The above is so ordered.

16 | DATE: 4/27/09

                          HON. THELTON E. HENDERSON

3

DECLARATION OF JOHN S. BLACKMAN
AND [PROPOSED] ORDER RE:
TELEPHONIC APPEARANCE AT CMC

**PROOF OF SERVICE**
**Ross v. Independent Living Resource of Contra Costa County, et al.**
United States District Court, Northern District of California, San Francisco
Case No. C08-00854-TEH

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. On April 24, 2009, I served the following document(s):

DECLARATION OF JOHN S. BLACKMAN AND [PROPOSED]
ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE AT
CASE MANAGEMENT CONFERENCE

on the following person(s) by the method(s) indicated below:

| | |
|---|---|
| Harvey Sohnen, Esq.<br>Patricia M. Kelly, Esq.<br>Law Offices of Sohnen & Kelly<br>2 Theatre Square, Suite 230<br>Orinda, CA 94563-3346 | Attorneys for plaintiff Derrick Ross<br>Tel: (925) 258-9300<br>Fax: 1-925-258-9315<br>email: hs@fairpaycal.com |

[ ]  by transmitting via facsimile on this date from fax number (650) 554-6240 the document(s) listed above to the fax number(s) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report is attached to this proof of service. Service by fax was made by agreement of the parties confirmed in writing.

[X]  by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

[ ]  by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth herein. Signed proof of service by the process server or delivery service is attached to this proof of service.

[ ]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth herein.

[X]  by transmitting the document(s) listed above via the Court's ECF system to the persons at the email address(es) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed at San Mateo, California, on April 24, 2009.

*/s/ Suzanne Farbstein*
SUZANNE T. FARBSTEIN

4

DECLARATION OF JOHN S. BLACKMAN
AND [PROPOSED] ORDER RE:
TELEPHONIC APPEARANCE AT CMC