1  HARVEY SOHNEN, ESQ. (SB#62850)
   PATRICIA M. KELLY, ESQ. (SB#99837)
2  LAW OFFICES OF SOHNEN & KELLY
   2 Theatre Square, Suite 230
3  Orinda, CA 94563-3346
   Telephone: (925) 258-9300
4  Facsimile: (925) 258-9315
   Email: hs@fairpaycal.com; patriciakelly@pacbell.net
5  Attorneys for Plaintiff DERRICK ROSS

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  DERRICK ROSS,                          )   CASE NO. C-08-00854-TEH
                                           )
12              Plaintiff,                 )   **STIPULATION FOR DISMISSAL OF**
                                           )   **SUPPLEMENTAL COMPLAINT;**
13  vs.                                    )   **[~~PROPOSED~~ ORDER]**
                                           )
14  INDEPENDENT LIVING RESOURCE OF         )
    CONTRA COSTA COUNTY, a California       )
15  Corporation,                           )   Complaint Filed: February 8, 2008
                                           )   Trial Date: November 17, 2009
16              Defendant.                 )
                                           )
17  _____  )

18         1.     All parties hereto therefore stipulate, through their respective attorneys of record

19  herein, that the Supplemental Complaint for Damages and Equitable Relief filed February 17,

20  2009 herein is dismissed with prejudice, with each party to bear their costs and attorney fees with

21  respect to said Supplemental Complaint.

22         2.     Plaintiff's operative pleading is the First Amended Complaint for Damages and

23  Equitable Relief filed February 19, 2008. The foregoing dismissal shall not constitute a

24  dismissal of any of the allegations or claims set forth in said First Amended Complaint.

25

26

27

28

                                          1
                                              _____
                                              STIPULATION FOR DISMISSAL OF
                                              SUPPLEMENTAL COMPLAINT; [PROPOSED
                                              ORDER]

1

2   DATED: 7/20/09                    LAW OFFICES OF SOHNEN & KELLY

3

4                                     _____
                                      HARVEY SOHNEN
5                                     Attorneys for Plaintiff

6

7   DATED: 7/20/09                    FARBSTEIN & BLACKMAN, APC

8

9                                     _____
                                      JOHN S. BLACKMAN
10                                    Attorneys for Defendant

11

12

13

14

15

16

17

18

19

20

21  ///

22

23  ///

24

25

26

27

28
                                      2   _____
                                          **STIPULATION FOR DISMISSAL OF**
                                          **SUPPLEMENTAL COMPLAINT; [PROPOSED**
                                          **ORDER]**

1

**ORDER**

2          Good cause appearing therefor, IT IS HEREBY ORDERED

3          .1.     The Supplemental Complaint for Damages and Equitable Relief filed February 17,

4   2009 is dismissed with prejudice, with each party to bear their costs and attorney fees with

5   respect to said Supplemental Complaint.

6          2.     Plaintiff's operative pleading is the First Amended Complaint for Damages and

7   Equitable Relief filed February 19, 2008. The foregoing dismissal shall not constitute a

8   dismissal of any of the allegations or claims set forth in said First Amended Complaint.

9

10  DATED:_____07/21/09_____

11                                              THELTON E. HENDERSON
                                                UNITED STATES DISTRICT JUDGE

12

13

14                                          

15                                              Judge Thelton E. Henderson

16

17

18

19

20

21

22

23

24

25

26

27

28

                                   3

                                   _____
                                   **STIPULATION FOR DISMISSAL OF**
                                   **SUPPLEMENTAL COMPLAINT; [PROPOSED**
                                   **ORDER]**