IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DERRICK ROSS,

            Plaintiff,

    v.

INDEPENDENT LIVING RESOURCE OF CONTRA COSTA COUNTY,

            Defendant.

NO. C08-00854 TEH

ORDER SETTING DATES FOR TRIAL

This matter came before the Court for a case management conference on December 14, 2009, at which time the Court set the following dates:

| | |
|---|---|
| May 10, 2010: | Discovery cutoff. |
| May 24, 2010: | Last date to file dispositive motions. |
| June 28, 2010: | Last date for dispositive motion hearing. |
| August 2, 2010: | Pretrial conference (at 3:00 pm). |
| August 24, 2010: | Trial commences (at 8:30 am). |

The Court ORDERS the parties to preserve by deposition the testimony of any witnesses who may be unable to appear at trial for health or any other reasons. The Court will not grant a further continuance of the trial date on the basis of witness unavailability. To the extent that any claims can be resolved as a matter of law in advance of trial, the parties are further ORDERED to raise such arguments in dispositive motions brought within the deadlines set by this Court.

**IT IS SO ORDERED.**

Dated: 12/14/09

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT