JOHN S. BLACKMAN (SB#114654)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518
Telephone: (650) 554-6200
Facsimile: (650) 554-6240
email: jsb@farbstein.com

BARBARA L. LYONS (SB#173548)
80 El Camino Real, #D
Burlingame, CA 94010
Telephone: (650) 740-9846
email: bllyons@gmail.com

Attorneys for Defendant
INDEPENDENT LIVING RESOURCE OF CONTRA COSTA COUNTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ROSS,<br><br>    Plaintiff,<br><br>vs.<br><br>INDEPENDENT LIVING RESOURCE OF CONTRA COSTA COUNTY, a California Corporation,<br><br>    Defendant. | CASE NO. C-08-00854-TEH<br><br>~~PROPOSED~~<br>ORDER ALLOWING DEFENDANT'S ATTORNEYS TO BRING BOXES AND THINGS INTO COURTROOM<br><br>Complaint Filed: February 8, 2008<br>Trial Date: August 24, 2010 |

    Attorneys for the defendant herein, Mr. John Blackman and Ms. Barbara L. Lyons, request permission of the court to bring the following items into Courtroom 12, on the 19th floor of the above-entitled courthouse at or about 8:00 a.m. on August 24, 2010, and for the duration of the trial beginning on that date:

    1.    A 30" by 40" trial exhibit on foamboard;

    2.    Up to 10 (banker's sized) boxes containing defendant's trial documents, binders, and other similar items;

    3.    2 laptop computers and one portable printer;

1

4.     2 hand-held briefcases.

So ordered:

Dated: _____ 08/17 _____, 2010



Judge Thelton E. Henderson

2

ORDER ALLOWING DEFENDANT'S ATTORNEYS TO BRING BOXES AND THINGS INTO COURTROOM