HARVEY SOHNEN (SBN 62850) netlaw@pacbell.net
PATRICIA M. KELLY (SBN 99837) patriciakelly@pacbell.net
LAW OFFICES OF SOHNEN & KELLY
2 Theatre Square, Suite 230
Orinda, CA  94563
Tel:    (925) 258-9300
Fax:    (925) 258-9315

HOWARD MENCHER (SBN 64399) hmencher@sbcglobal.net
LAW OFFICES OF HOWARD MENCHER
1299 Newell Hill Place, Suite 300
Walnut Creek, CA  94596-5220
Tel:    (925) 930-7501
Fax:    (925) 935-8471

Attorneys for Plaintiff
DERRICK ROSS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DERRICK ROSS**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**INDEPENDENT LIVING RESOURCE OF CONTRA COSTA COUNTY, a California Corporation,**<br><br>    **Defendant.** | Case No. C-08-00854-TEH<br><br>[PROPOSED] ORDER ALLOWING PLAINTIFF'S ATTORNEYS TO BRING BOXES AND THINGS INTO COURTROOM<br><br>Complaint Filed:  February 8, 2008<br>Trial Date:  August 24, 2010<br>Courtroom:   12<br>Judge: Honorable Thelton E. Henderson |

Attorneys for Plaintiff herein, Mr. Harvey Sohnen and Mr. Howard Mencher, request permission of the Court to bring the following items into Courtroom 12, on the 19th Floor of the above-entitled Courthouse at or about 8:00 a.m. on August 24, 2010, and for the duration of the trial beginning on that date:

  1.    Up to six (banker's sized) boxes containing Plaintiff's trial documents,

  2.    A laptop computer, and

3. Two hand-held briefcases.

So ordered.

Dated: _____08/23_____, 2010

_____
Judge Thelton E. Henderson