IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DERRICK ROSS,

               Plaintiff,

v.

INDEPENDENT LIVING RESOURCE OF CONTRA COSTA COUNTY,

               Defendant.

NO. C08-00854 TEH

FINAL ORDER RE: JURY TRIAL

The Court is in receipt of Defendant Independent Living Resource of Contra Costa County's ("I.L.R.") objections, filed on August 23, 2010, in response to the Court's August 18, 2010, order regarding whether to proceed with a jury trial. The Court has reviewed the cases cited by Defendant, and finds nothing in these authorities to support Defendant's argument that Plaintiff loses the jury trial right that historically attaches to a tort claim. Therefore, oral argument is unnecessary and trial will proceed at 8:30 a.m. on August 24, 2010, as ordered by the Court on December 14, 2009.

**IT IS SO ORDERED.**

Dated: 8/23/10

                                                     */s/ Thelton E. Henderson*
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT