IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DERRICK ROSS,

          Plaintiff,

v.

INDEPENDENT LIVING RESOURCE OF CONTRA COSTA COUNTY,

          Defendant.

NO. C08-0854 TEH

<u>ORDER DELAYING BRIEFING SCHEDULE FOR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW</u>

In order to give the parties an opportunity to settle this matter, the October 29, 2010 deadline for filing proposed findings of fact and conclusions of law is STAYED until further order of the Court. The parties are ORDERED to report to Magistrate Judge Elizabeth D. Laporte for a further settlement conference.

The parties shall immediately contact Magistrate Judge Laporte's chambers to schedule a settlement conference for a date convenient to her calendar. If the parties reach a settlement before the settlement conference, the parties shall notify the Court and the settlement conference will be vacated.

**IT IS SO ORDERED.**

Dated: 9/30/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT